1
2
3
4

5      **UNITED STATES DISTRICT COURT**

6      **DISTRICT OF NEVADA**

7      \* \* \*

8  NEVADA TITLE COMPANY,              )
                                      )
9                  Plaintiff(s),       )          2:07-CV-0650-RLH-PAL
                                      )
10         vs.                         )          **O R D E R**
                                      )
11 LIL RASCALS, *et al.*,              )
                                      )
12                 Defendant(s).       )
   _____)
13

14         Before this Court is the Order and Report of Findings and Recommendation of

15 United States Magistrate Judge (#11, filed November 14, 2007), entered by the Honorable Peggy A.

16 Leen, regarding Plaintiff's Motion to Interplead Funds  (#7) and Request for Decision on Motion to

17 Interplead Funds (#10).  No objection was filed to Magistrate Judge Leen's Order and Report of

18 Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB

19 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the

20 matter was submitted for consideration.

21         The court has conducted a *de novo* review of the record in this case in accordance

22 with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Order and

23 Report of Findings and Recommendation of Magistrate Judge Leen is not contrary to law and

24 should be affirmed, accepted and adopted.

25         IT IS THEREFORE ORDERED that Magistrate Judge Leens's Order and Report of

26 Findings and Recommendation (#11, entered November 14, 2007) is AFFIRMED, ACCEPTED

AND ADOPTED.  Plaintiff's Motion to Interplead Funds (#7) and Request for Decision (#10) are granted.

IT IS FURTHER ORDERED that Plaintiff shall deposit the surplus funds totaling $74,826.83, less 812.50 in attorney fees and $697 in costs, with the Registry of the Court.

IT IS FURTHER ORDERED THAT ALL POTENTIAL CLAIMS FOR LIABILITY AGAINST Plaintiff NTC be dismissed and NTC discharged from this matter.

Dated: December 12, 2007.

_____
ROGER L. HUNT
Chief U.S. District Judge

2